JOHN SANDLAND agt. EDSON ADAMS.

Where the venue in an affidavit is laid in one county, and the officer who takes it resides in another; held bad, for want of jurisdiction. (2 *Howard's Practice Reports,* 86.)

*April Term,* 1846.

THIS was a motion by defendant to set aside an inquest and subsequent proceedings. A similar motion was made in February last, which was denied with $7 costs, without prejudice. The affidavit, which showed the reasons of defendant's default for not trying the cause, &c., was made by the attorney for the defendant, and was entitled "Westchester

.county," but was sworn to before Wm. C. R. English, a commissioner of deeds who was appointed for and resided in the city and county of New York.

Plaintiff's counsel *cited* 2 *Howard's Practice Reports*, 86.

> M. T. REYNOLDS, *defendant's counsel.*
> G. MILES, *defendant's attorney.*
> J. EDWARDS, *plaintiff's counsel.*
> YORK & COOK, *plaintiff's attorneys.*

BEARDSLEY, Justice. Denied the motion with $7 costs, without prejudice, on the ground that the venue in the affidavit being Westchester county, and the officer residing in the city and county of New York, *had no jurisdiction.*